# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153010(49)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JOHNNY TAYLOR,
       Defendant-Appellant.

_____/

SC: 153010
COA: 322629
Jackson CC: 13-003884-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on March 10, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2016



Clerk